■ FREDERICK A. COLLINS, Individually and as a Member of and in the Right of the S & H FOUNDATION, INC., et al., Appellants, v WILLIAM S. BEINECKE et al., Respondents. — Judgment, Supreme Court, New York County (William Ford, J.), entered on May 1, 1984, unanimously affirmed. Respondents shall recover of appellants $75 costs and disbursements of this appeal. Upon the court's own motion, the appeal with respect to Edwin J. Beinecke, Jr., is dismissed for lack of jurisdiction (*see, Chimenti v Hertz Corp.,* 25 AD2d 562). No opinion. Concur — Kupferman, J. P., Asch, Fein and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LESLIE MELLEN, Appellant. — Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on February 27, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Kupferman, J. P., Asch, Fein and Rosenberger, JJ.